No. 4132.—E. V. S. Richardson, aplte., v. Martínez Marrero, apdo.— C. D. San Juan. Memorándum de costas. Marzo 14, 1927.

Por cuanto se apela de una resolución de la Corte de Distrito de San Juan que fijó en doscientos dollars los honorarios del abogado de la parte victoriosa en el pleito, alegándose como único motivo del recurso que los dichos honorarios son excesivos, sin acompañarse prueba o dato alguno que permita a esta corte juzgar si lo son o no en realidad de verdad;

Por cuanto basándose en ello y en la jurisprudencia constante de esta Corte Suprema sobre la materia, la parte apelada ha solicitado la desestimación de la apelación por frívola, habiéndose señalado el 31 de enero último para la vista de la moción que se celebró con la sola comparecencia del abogado de la dicha parte apelada;

Por tanto: debe concluirse y se concluye que la apelación es frívola. *Desestimada.*

No. 4198.—Méndez Pérez, apdo., v. Colón, aplte.—C. D. San Juan. Cobro de dinero. Marzo 24, 1927. Desestimado el recurso a instancia del apelado por no haberse archivado la exposición del caso a pesar de las prórrogas concedidas ni practicado gestión alguna para perfeccionar la apelación.